David Khan

1453 Southgate Ave

Daly City CA 94015

Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**San Francisco**

| | |
|---|---|
| Khan et al<br><br>Plaintiffs<br>**V**<br><br><br>Justin Rogers et al<br>**Defendants** | Case # 17-V-5548-RS<br><br>Notice of public record |

1. <u>Plaintiff Khan submit the document that the court failed to act in the matter of law.</u>
2. The submission is for the record and to become public for the record as the court did ignored all the facts but targeted in bias and retaliation for the request for recusal of judge Beeler for conflict of interest.
3. We understood that the laws in the United States do not apply equally as it said in the books and did not expect the court to do the right things as the courts are run by the lawyers turned judges.

4. The sealed document filed in November 2018 with the expectation to become a fair proceeding was ignored and turned towards plaintiff for the abusive actions of the defendants.
5. It is so made to be public as the record and to stay as public.

Date: 07/12/2019    Sign Name: _____

                                            David Khan