United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID KHAN, ET AL.,**<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>**CITY OF PINOLE POLICE DEPARTMENT, ET AL.,**<br><br>　　　　Defendants. | Case No. 19-cv-06316-YGR<br><br>**ORDER DENYING MOTION TO RELATE CASE 17-CV-5548 FOR SPEEDY PROCESS**<br><br>Re: Dkt. No. 23 |

Before the Court is a motion to relate case 17-cv-5548 for speedy process filed by *pro se* plaintiffs. (Dkt. No. 23.) The Court is guided by the law and the Court's established rules. First, pursuant to Civil Local Rule 3-12(b), a motion to relate must be filed in the lower-case number, which here is 17-cv-5548. Thus, the request to relate the case with a lower-case number is **DENIED** as such an order would violate Civil Local Rule 3-12(b).

Second, the Court previously issued a sua sponte judicial referral to Judge Richard Seeborg under Local Rule 3-12(c) to determine whether this case was related to 17-cv-5548. (Dkt. No. 11.) Judge Seeborg denied the motion.[1] (Dkt. No. 13.)

Accordingly, as no legal basis exists to grant the motion, the motion is **DENIED**.

This Order terminates the motion at Docket Number 23.

**IT IS SO ORDERED.**

Dated: December 20, 2019

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

---

[1] The Court further notes that under Civil Local Rule 3-12(f) when cases are related, any higher number related cases are reassigned to the judge who has the lowest number related case. Here, this case is the higher number of the two cases that plaintiffs seek to relate, and so this case would have been reassigned to Judge Seeborg had the earlier referral been granted.